IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NISHEABA LEWIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FCA US LLC doing business as | : | |
| CHRYSLER CORPORATION also known | : | |
| as CHRYSLER GROUP LLC, et al. | : | NO. 15-2811 |

ORDER

AND NOW, this 17th day of June, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff for remand (Doc. #4) is GRANTED. This action is REMANDED to the Court of Common Pleas of Philadelphia County.

BY THE COURT:


/s/ Harvey Bartle III
                          J.